IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02047-WYD-KLM

CHAD M. SAYLER,

    Plaintiff,

v.

VARGO AND JANSON PC, a Colorado Professional Corporation;
GERALD P. VARGO, an individual;
YOSY V. JANSON, an individual;
MATTHEW BERUMEN, an individual; and
JOHN P. VARGO, an individual,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of Defendants' Amended counterclaim and third party claim for Abuse of Process, filed October 11, 2011 [ECF No. 11], Plaintiff Chad Sayler's Motion to Dismiss Counterclaim or in the Alternative for a More Definite Statement, filed September 19, 2011 [ECF No. 8] is hereby **DENIED AS MOOT**.

    Dated:  October 14, 2011.