IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02047-WYD-KLM

CHAD M. SAYLER,

    Plaintiff and Counter Defendant,

v.

GERALD P. VARGO, an individual,
YOSY V. JANSON, an individual,
MATTHEW BERUMEN, an individual, and

    Defendants,

VARGO AND JANSON PC, a Colorado professional corporation,
JOHN P. VARGO, an individual,

    Defendants, Third-Party Plaintiffs, and Counter Claimants,

v.

MATTHEW R. OSBORNE,

    Third-Party Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a joint phone call by counsel for the parties, **Plaintiff's Unapposed [sic] Motion to Continue Rule 16 Conference** [Docket No. 21; Filed November 22, 2011] and **Plaintiff's Motion for Leave to Appear for Rule 16 Conference by Telephone** [Docket No. 22; Filed November 22, 2011].

    IT IS HEREBY **ORDERED** that the Motion for Leave [#22] is **GRANTED**.  Counsel for Plaintiff may appear by telephone at the Scheduling Conference reset below by calling Chambers at (303) 335-2770 at the designated time.

    IT IS FURTHER **ORDERED** that the Motion to Continue [#21] is **GRANTED** as follows.  The Scheduling Conference set for November 29, 2011, is **VACATED** and **RESET**

to **January 12, 2012**, at **9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse.

IT IS FURTHER **ORDERED** that the parties are no longer required to submit Confidential Settlement Statements in advance of the conference.  All other provisions of the Order Setting Scheduling/Planning Conference issued August 11, 2011 [#3] remain the same.

Dated:  November 22, 2011