IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02047-WYD-KLM

CHAD M. SAYLER,

    Plaintiff and Counter Defendant,

v.

GERALD P. VARGO, an individual,
YOSY V. JANSON, an individual,
MATTHEW BERUMEN, an individual, and

    Defendants,

VARGO AND JANSON PC, a Colorado professional corporation,
JOHN P. VARGO, an individual,

    Defendants and Counter Claimants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion of Plaintiff for Leave for His Counsel, Blair K. Drazic, to Appear by Telephone for Rule 16 Conference** [Docket No. 35; Filed January 4, 2012] (the "Motion").  As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A., which alone is a basis for denial.  In any event,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**.  *See Minute Order*, [#24] (granting permission to appear by telephone).

    Dated:  January 5, 2012