IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02047-WYD-KLM

CHAD M. SAYLER,

    Plaintiff,

v.

VARGO AND JANSON PC, a Colorado Professional Corporation;
GERALD P. VARGO, an individual;
YOSY V. JANSON, an individual;
MATTHEW BERUMEN, an individual; and
JOHN P. VARGO, an individual,

    Defendants.

# ORDER

THIS MATTER is before the Court on Plaintiff Chad Sayler's Second Motion to Dismiss Counterclaim, filed October 27, 2011 [ECF No. 14].

Plaintiff filed his complaint in this matter on August 5, 2011.  On October 11, 2011, Defendants Vargo & Janson, P.C. and John P. Vargo filed an amended answer and counterclaims.  Defendants asserted a breach of contract counterclaim against Plaintiff and an abuse of process counterclaim against Plaintiff and third-party Defendant Matthew R. Osborne [ECF No. 11].  In the instant motion, Plaintiff requests dismissal of the abuse of process counterclaim.  In response, Defendants note that Mr. Osborne was dismissed from this action on December 8, 2011, and state that they do not oppose dismissal with prejudice of the abuse of process counterclaim against

Plaintiff.

Therefore, Plaintiff Chad Sayler's Second Motion to Dismiss Counterclaim, filed October 27, 2011 [ECF No. 14] is **GRANTED**, and the abuse of process counterclaim set forth in Defendants amended answer and counterclaims is dismissed with prejudice.

Dated: January 12, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge